WILLIAM W. STOCKLEY v. JOHN STOCKLEY ET AL.

*Rehearing—Discretion of court.*

This case is ruled by *Stockley v. Stockley, ante,* 307.

Appeal from Gogebic. (Haire, J.) Submitted on briefs October 5, 1892. Decided October 27, 1892.

Defendants John and Emma Stockley appeal from an order denying them a rehearing. Affirmed. The facts are stated in *Stockley v. Stockley, ante,* 307.

*T. L. Chadbourne ( Chadbourne & Rees,* of counsel), for complainant.

*Button & Norris,* for appellants.

DURAND, J. This is an appeal from an order of the circuit judge denying a rehearing in this case. The facts are the same as in *Stockley v. Stockley, ante,* and this case is ruled by it.

The order of the circuit judge is affirmed, with costs.

The other Justices concurred.